# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT DYTCH, | ) | No. 3:17-cv-03622-JST |
| Plaintiff, | ) ) | **[PROPOSED] ORDER EXTENDING DEADLINES IN INITIAL SCHEDULING ORDER** |
| vs. | ) ) ) | |
| JGP FOOD, INC dba OAKLAND GRILL; DAVID J. SAIDIAN; ELIZABETH R. SAIDIAN; AARON M. SAIDIAN; MIRIAM L. SAIDIAN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Upon Stipulation of the parties, and good cause shown, the Court's Scheduling Order dated June 27, 2017 is modified as follows:

Defendants may have to and including **October 20, 2017** to file a responsive pleading in this matter:

| CASE SCHEDULE | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 7 days before joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alternation history of subject premises. | F.R. Civ. P 26(a). General order 56 ¶2 |

| CASE SCHEDULE | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| November 6, 2017 | Last day for parties and counsel to hold joint site inspection of premises, with our without meet and confer regarding settlement | General Order 56 ¶3, 4 |
| 28 Days after joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | General Order, ¶4 56 ¶4 |
| 42 days after joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" | General Order 56 ¶7 |
| 7 calendar days after mediation | Last day for plaintiff to file motion for Administrative Relief Requesting Case Management Conference | General Order 56 ¶8 Civil L.R. 7-11 |

Dated: October 5, 2017

Hon. Jon S. Tigar
U.S. District Court Judge